**No. 68310.**—Ross Products, Inc. *v.* United States, protests 59/8592 and 59/28497 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.